JUNE 26, 1979

No. 78–1436. UNION LIGHT, HEAT & POWER CO. ET AL. *v.* RUBIN, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 60.

JUNE 27, 1979

No. A–1084. GOLDEN ET AL. *v.* BARR ET AL. Application for stay of proceedings in the California state courts as to the United Methodist Church, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application.

No. A–1089. WOE ET AL. *v.* NEBRASKA STATE DEPARTMENT OF PUBLIC WELFARE ET AL. Application to vacate stay entered May 25, 1979, by the United States Court of Appeals for the Eighth Circuit, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied. MR. JUSTICE WHITE took no part in the consideration or decision of this application.

JUNE 28, 1979

No. 78–1646. STANDARD BRANDS, INC. *v.* GENERAL WAREHOUSEMEN & HELPERS LOCAL 767, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.